IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BROCK B. BARRETT and
SUZANNE A. (HOGAN) KENT-BARRETT,

    Plaintiffs,

v.

JOE ITSTEIN, KRIS KEIEL and
UNITED STATES OF AMERICA,

    Defendants.

ORDER

Case No. 17-cv-610-jdp

Plaintiffs Brock B. Barrett and Suzanne A. (Hogan) Kent-Barrett have filed a proposed civil complaint. Plaintiffs seek to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavits of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiffs Brock B. Barrett and Suzanne A. (Hogan) Kent-Barrett's petitions for leave to proceed without prepayment of fees are GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 15th day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge